**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| LEE RUNYON, AS GUARDIAN FOR ZACHARY RUNYON, A MINOR, | ) ) ) | C.A. NO. 2:20-CV-02352-RMG |
| PLAINTIFFS, | ) ) | |
| vs. | ) ) | |
| THE SOUTH CAROLINA HIGH SCHOOL LEAGUE, THE STATE OF SOUTH CAROLINA BY AND THROUGH THE HONORABLE MOLLY SPEARMAN AS SECRETARY OF EDUCATION, | ) ) ) ) ) ) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| DEFENDANTS. | ) ) ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action is dismissed without prejudice.

WE CONSENT:

By: s/ William L. Runyon, Jr.,
William L. Runyon, Jr., Esq., Fed. ID #3684
Email: runyonwilliamjr1@bellsouth.net
#3 Gamecock Avenue, Suite 303
Charleston, SC 29407
Telephone: (843) 571-3515
Fax: (843) 766-5085
*Attorney for the Plaintiff*

WE CONSENT:

By: s/ Brian L. Quisenberry
Brian L. Quisenberry, Esq., Fed ID #9684
Email: bquisenberry@ycrlaw.com
Zachary M. Kern, Esq., Fed ID #13078
Email: zkern@ycrlaw.com
P.O Box 993, Charleston, SC 29402-0993
25 Calhoun Street., Suite. 400
Charleston, SC 29401
Telephone: (843) 724-6641
Fax: (843) 579-1235

*Attorneys for the Defendants, South Carolina High School League and The Honorable Molly Spearman as Secretary of Education*

Charleston, South Carolina

Dated: September 3, 2020